District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADNAND RATHOD and AESHA RATHOD, individually and Joshua Brothers as Guardian ad Litem for PR, a minor,

Plaintiffs,

v.

PROVIDENCE HEALTH & SERVICES, d/b/a PROVIDENCE REGIONAL MEDICAL CENTER and/or PROVIDENCE HOSPITAL OF EVERETT, a Washington corporation, DANA BLACKHAM, MD, individually, AMY RODRIGUEZ, MD, individually, COMMUNITY HEALTH CENTER OF SNOHOMISH COUNTY, a federal entity, and JOHN/JANE DOES 1-50,

Defendants.

Case No. 2:20-cv-00064-RSL

ORDER REFORMING CAPTION

~~[PROPOSED]~~

Having reviewed the Notice of Substitution and a duly executed Certification of Brian T. Moran, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of Defendants Community Health

ORDER REFORMING CAPTION ~~(PROPOSED)~~
[2:20-CV-00064-RSL] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | Center of Snohomish County and Amy Rodriguez, M.D.
2 | //
3 | //
4 | //
5 | //

ORDER REFORMING CAPTION (PROPOSED)
[2:20-CV-00064-RSL] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

2

3 | ADNAND RATHOD and AESHA RATHOD, individually and Joshua Brothers as Guardian ad Litem for PR, a minor,

CASE NO. 2:20-cv-00064-RSL

Plaintiffs,

v.

PROVIDENCE HEALTH & SERVICES, d/b/a PROVIDENCE REGIONAL MEDICAL CENTER and/or PROVIDENCE HOSPITAL OF EVERETT, a Washington corporation, DANA BLACKHAM, MD, individually, UNITED STATES OF AMERICA, and JOHN/JANE DOES 1-50,

Defendants.

DATED this 9th day of March, 2020.

_____
Robert S. Lasnik
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

s/ Whitney Passmore
WHITNEY PASSMROE, Fla. # 91922
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: whitney.passmore@usdoj.gov

ORDER REFORMING CAPTION (PROPOSED)
[2:20-CV-00064-RSL] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970