UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADNAND RATHOD, *et al.*,

        Plaintiffs.

v.

PROVIDENCE HEALTH & SERVICES, *et al.*,

        Defendants.

NO. 2:20-cv-00064-RSL

JOINT STIPULATION TO ADJUST MINUTE ORDER SETTING TRIAL AND RELATED DATES

All parties jointly stipulate and agree to extend the following pretrial deadlines in the Court's September 17, 2020 Minute Order Setting Trial Date and Related Dates (Dkt No. 46):

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | June 4, 2021 | July 16, 2021 |
| Discovery COMPLETED by | July 4, 2021 | September 3, 2021 |
| Settlement Conference | July 18, 2021 | September 17, 2021 |
| Dispositive Motions | August 3, 2021 | September 10, 2021 |

JOINT STIPULATION TO ADJUST MINUTE ORDER
SETTING TRIAL AND RELATED DATES - 1

LARSON HEALTH ADVOCATES, PLLC
1700 S�����ᴛʜ Aᴠᴇɴᴜᴇ, Sᴜɪᴛᴇ 2100
Sᴇᴀᴛᴛʟᴇ, WA 98101
Tᴇʟ 206-658-4690
Fᴀx 206-658-4684

Good cause exists for extending these deadlines. The parties have disclosed numerous expert witnesses and depositions of these experts will take additional time to schedule and complete.

Additionally, the defendants would like their pediatric physical medicine and rehabilitation expert to perform a Rule 35 exam and the parties will need to find a date that allows adequate time for him to disclose his exam findings.

Moreover, additional time is also needed because rebuttal experts will have to evaluate thousands of pages of medical records which have only just become available. Time is also needed to collect many outstanding medical and school records.

Finally, the United States' motion to compel discovery (Dkt. No. 57) has yet to be decided, and the outcome of this motion may impact what materials are available for experts and rebuttal experts to review.

Extending these deadlines also necessitates extending the current deadline for the close of discovery so that the parties have adequate time to conduct depositions of any rebuttal witnesses who may be named, as well as to complete the depositions of plaintiffs Aesha and Anand Rathod. Extending these deadlines will not impact the remaining deadlines set forth in the Court's Order Setting Trial and Related Dates.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed pretrial deadlines and respectfully request that the Court grant their joint request for the same.

DATED: May 11, 2021.

JOINT STIPULATION TO ADJUST MINUTE ORDER SETTING TRIAL AND RELATED DATES - 2

LARSON HEALTH ADVOCATES, PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel 206-658-4690
Fax 206-658-4684

**SO STIPULATED**.

Dated this 11th day of May, 2021.

        PHILLIPS LAW FIRM

        *s/ Doug Weinmaster*
        DOUG WEINMASTER, WSBA # 28225
        17410 133rd Avenue NE, Suite 301
        Woodinville, WA 98072
        Email: dweinmaster@justiceforyou.com

        Attorney for Plaintiffs

**SO STIPULATED**.

Dated this 11th day of May, 2021.

        LARSON HEALTH ADVOCATES

        *s/ Nabeena C. Banerjee*
        NABEENA C. BANERJEE, WSBA # 44724
        1700 Seventh Ave., Suite 2100
        Seattle, WA 98101
        Email: nabeena@lhafirm.com

        Attorney for Defendant Providence Health & Services, d/b/a Providence Regional Medical Center and/or Providence Hospital of Everett

**SO STIPULATED**.

Dated this 11th day of May, 2021.

        FAIN ANDERSON VANDERHOEF, ET AL.

        *s/ Ketia B. Wick*
        KETIA B. WICK, WSBA No. 27219
        701 Fifth Ave., Suite 4750
        Seattle, WA 98104
        Email: ketia@favros.com

JOINT STIPULATION TO ADJUST MINUTE ORDER SETTING TRIAL AND RELATED DATES - 3

LARSON HEALTH ADVOCATES, PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TEL 206-658-4690
FAX 206-658-4684

| | |
|---|---|
| 1 | Attorney for Defendant Dana Blackham, M.D. and Obstetrix Medical Group of Washington, Inc., P.S. |
| 2 | |

**SO STIPULATED**.

Dated this 11th day of May, 2021.

TESSA M. GORMAN
Acting United States Attorney

*s/ Whitney Passmore*
WHITNEY PASSMORE, FL No. 91922

*s/ Heather Carney Costanzo*
HEATHER CARNEY COSTANZO, FL No. 37378
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: Whitney.Passmore@usdoj.gov
Email: Heather.Costanzo@usdoj.gov

Attorneys for Defendant United States of America

JOINT STIPULATION TO ADJUST MINUTE ORDER
SETTING TRIAL AND RELATED DATES - 4

LARSON HEALTH ADVOCATES, PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel 206-658-4690
Fax 206-658-4684

# **ORDER**

**IT IS SO ORDERED**.

Dated this 12th day of May, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATION TO ADJUST MINUTE ORDER SETTING TRIAL AND RELATED DATES - 5

LARSON HEALTH ADVOCATES, PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TEL 206-658-4690
FAX 206-658-4684