UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADNAND RATHOD and AESHA RATHOD, individually and Joshua Brothers as Guardian ad Litem for PR, a minor,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>PROVIDENCE HEALTH & SERVICES, d/b/a PROVIDENCE REGIONAL MEDICAL CENTER and/or PROVIDENCE HOSPITAL OF EVERETT, a Washington corporation, DANA BLACKHAM, MD, individually, UNITED STATES OF AMERICA, and JOHN/JANES DOES 1-50,<br><br>　　　　　　　Defendants. | NO.  2:20-cv-00064-RSL<br><br>STIPULATED MOTION AND ORDER STAYING REMAINING PRETRIAL DEADLINES AS TO CLAIMS AGAINST DEFENDANT PROVIDENCE HEALTH & SERVICES, d/b/a PROVIDENCE REGIONAL MEDICAL CENTER EVERETT |

Plaintiffs Anand Rathod and Aesha Rathod individually and Joshua Brothers as Guardian ad Litem for minor P.R. (together, "Plaintiffs") and defendants Providence Health & Services and Providence Regional Medical Center Everett (together, "Providence") have reached an agreement to settle all claims of Plaintiffs against Providence in the above-captioned matter. Plaintiffs and Providence are awaiting Court approval of this settlement.  Accordingly, Plaintiffs and Providence jointly stipulate and agree that all remaining pre-trial deadlines, including, but

STIPULATED MOTION AND ORDER STAYING REMAINING PRETRIAL DEADLINES AS TO CLAIMS AGAINST DEFENDANT PROVIDENCE - 1

LARSON HEALTH ADVOCATES, PLLC
1700 S ᴇᴠᴇɴᴛʜ Aᴠᴇɴᴜᴇ, Sᴜɪᴛᴇ 2100
Sᴇᴀᴛᴛʟᴇ, WA  98101
Tᴇʟ 206-658-4690
Fᴀx 206-658-4684

not limited to, remaining deadlines in the Court's September 17, 2020 Minute Order (Dkt No. 46) and May 12, 2021 Minute Order (Dkt No. 71), with respect to the claims against Providence and Providence's defense thereto should be stayed pending the outcome of the settlement approval process. Plaintiffs and Providence respectfully request the Court to enter an order to this effect.

DATED this 23rd day of August, 2021.

**SO STIPULATED:**

By: *//Doug Weinmaster*
Doug Weinmaster, WSBA # 28225
Phillips Law Firm, PLLC
17410 133rd Ave. NE, #301
Woodinville, WA 98072-3200
Tel (425) 482-1111
Fax (425) 482-6653
dweinmaster@justiceforyou.com

Attorneys for Plaintiffs

**SO STIPULATED:**

By: _____
Nabeena C. Banerjee WSBA #44724
Larson Health Advocates, PLLC
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Tel (206) 658-4690
Fax (206) 658-4684
nabeena@lhafirm.com

Attorneys for Defendant
Providence Health & Services d/b/a
Providence Regional Medical Center Everett

STIPULATED MOTION AND ORDER STAYING REMAINING PRETRIAL DEADLINES AS TO CLAIMS AGAINST DEFENDANT PROVIDENCE - 2

LARSON HEALTH ADVOCATES, PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel 206-658-4690
Fax 206-658-4684

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of August, 2021.

*MWS Lasnik*
Hon. Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER STAYING REMAINING PRETRIAL DEADLINES AS TO CLAIMS AGAINST DEFENDANT PROVIDENCE - 3

LARSON HEALTH ADVOCATES, PLLC
1700 S‌eventh A‌venue, S‌uite 2100
S‌eattle, WA 98101
T‌el 206-658-4690
F‌ax 206-658-4684