1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAND RATHOD and AESHA RATHOD, individually and Joshua Brothers as Guardian ad Litem for PR, a minor,,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES, dba PROVIDENCE REGIONAL MEDICAL CENTER EVERETT and/or PROVIDENCE HOSPITAL OF EVERETT, a Washington corporation; DANA BLACKHAM, MD, individually, UNITED STATES OF AMERICA, and JOHN/JANE DOES 1-50,<br><br>Defendants. | NO. 2:20-cv-00064-RSL<br><br>STIPULATED MOTION AND ORDER STAYING REMAINING PRETRIAL DEADLINES AS TO CLAIMS AGAINST DEFENDANT DANA BLACKHAM, MD AND OBSTETRIX MEDICAL GROUP OF WASHINGTON, INC. P.S. |

18
19
20
21
22
23
24

Plaintiffs Anand Rathod and Aesha Rathod individually and Joshua Brothers as Guardian ad Litem for minor P.R. (together, "Plaintiffs") and defendants Dana Blackham, MD and Obstetrix Medical Group of Washington, Inc. P.S. (together "Defendants") have reached an agreement to settle all claims of Plaintiff's against defendants in the above captioned matter. Plaintiffs and defendants are waiting Court approval of this settlement. Accordingly, Plaintiffs and defendants jointly stipulate and agree that all remaining pre-trial deadlines, including, but not limited to, remaining deadlines in the Court's September 17, 2020 Minute Order (Dkt No.

25

STIPULATED MOTION AND ORDER STAYING
REMAINING PRETRIAL DEADLINES AS TO CLAIMS
AGAINST DEFENDANT DANA BLACKHAM, MD
AND OBSTETRIX MEDICAL GROUP OF
WASHINGTON, INC. P.S. - 1

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094  •  f. 206-749-0194

1  46) and May 12, 2021 Minute Order (Dkt No. 71), with respect to the claims defendants and
2  defendants' defense thereto should be stayed pending the outcome of the settlement approval
3  process. Plaintiffs and defendants respectfully request the Court to enter an order to this effect.

5  DATED this 23rd day of August, 2021.

**SO STIPULATED:**                              **SO STIPULATED:**

By: _s/Doug Weinmaster_                         By: _s/Ketia B. Wick_
Doug Weinmaster, WSBA #28225                    Ketia B, Wick, WSBA #27219
Phillips Law Firm, PLLC                         Jessica A. Beers, WSBA #
17410 133rd Ave. NE, #301                       FAVROS Law
Woodinville, WA 98072                           701 5th AVE, Suite 4750
T: (425) 482-1111                               Seattle, WA 98104
F: (425) 482-6653                               T: (206) 749-0094
dweinmaster@justiceforyou.com                   F: (206) 749-0194
                                                ketia@favros.com
Attorney for Plaintiffs                         jessicab@favros.com

                                                Attorney for Dana Blackham, MD and
                                                Obstetrix Medical Group of
                                                Washington, Inc. P.S.

STIPULATED MOTION AND ORDER STAYING REMAINING PRETRIAL DEADLINES AS TO CLAIMS AGAINST DEFENDANT DANA BLACKHAM, MD AND OBSTETRIX MEDICAL GROUP OF WASHINGTON, INC. P.S. - 2

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094 • f. 206-749-0194

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of August, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER STAYING REMAINING PRETRIAL DEADLINES AS TO CLAIMS AGAINST DEFENDANT DANA BLACKHAM, MD AND OBSTETRIX MEDICAL GROUP OF WASHINGTON, INC. P.S. - 3

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194