UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAND RATHOD, *et al.*,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>　　　　　　Defendants. | NO.  C20-0064RSL<br><br>STIPULATION AND ORDER OF DISMISSAL OF PROVIDENCE HEALTH & SERVICES D/B/A PROVIDENCE REGIONAL MEDICAL CENTER EVERETT |

**STIPULATION**

Plaintiffs Aesha Rathod and Anand Rathod, individually, and Joshua Brothers as Guardian ad Litem for P.R., a minor (together, "Plaintiffs") and Defendant Providence Health & Services d/b/a Providence Regional Medical Center Everett hereby stipulate that all of Plaintiffs' claims against Providence Health & Services d/b/a Providence Regional Medical Center Everett in the above-captioned matter shall be dismissed with prejudice and without costs to any party, and that the Order of Dismissal can be entered without notice of presentation.

DATED this  6th  day of October, 2021.

| | |
|---|---|
| STIPULATION AND ORDER OF DISMISSAL OF PROVIDENCE HEALTH & SERVICES D/B/A PROVIDENCE REGIONAL MEDICAL CENTER EVERETT- 1 | LARSON HEALTH ADVOCATES, PLLC<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>Tel 206-658-4690<br><br>Fax 206-658-4684 |

**SO STIPULATED:**

By: _/s/ Doug Weinmaster_
Doug Weinmaster, WSBA #  28225
Phillips Law Firm, PLLC
17410 133rd Ave. NE, #301
Woodinville, WA  98072-3200
Tel (425) 482-1111
Fax (425) 482-6653
dweinmaster@justiceforyou.com

Attorneys for Plaintiffs

**SO STIPULATED:**

By: _/s/_
Nabeena C. Banerjee WSBA #44724
Larson Health Advocates, PLLC
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Tel (206) 658-4690
Fax (206) 658-4684
nabeena@lhafirm.com

Attorneys for Defendant Providence Health & Services d/b/a Providence Regional Medical Center Everett

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that all claims of Plaintiffs against Defendant Providence Health & Services d/b/a Providence Regional Medical Center Everett in the above-captioned matter are hereby dismissed with prejudice and without costs to any party.

DATED this 15th day of October, 2021.

_/s/ Robert S. Lasnik_
Hon. Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF PROVIDENCE HEALTH & SERVICES D/B/A PROVIDENCE REGIONAL MEDICAL CENTER EVERETT- 2

LARSON HEALTH ADVOCATES, PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel 206-658-4690

Fax 206-658-4684