1  Ketia B. Wick, WSBA #27219
   FAIN ANDERSON VANDERHOEF
2  ROSENDAHL O'HALLORAN SPILLANE, PLLC
   701 Fifth Avenue, Suite 4750
3  Seattle, WA 98104
   Ph:  206.749.0094
4  Fx:  206.749.0194
5  ketia@favros.com

UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADNAND RATHOD and AESHA RATHOD, individually and Joshua Brothers as Guardian ad Litem for PR, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES, dba PROVIDENCE REGIONAL MEDICAL CENTER EVERETT and/or PROVIDENCE HOSPITAL OF EVERETT, a Washington corporation; DANA BLACKHAM, MD, individually, UNITED STATES OF AMERICA, and JOHN/JANE DOES 1-50,<br><br>Defendants. | NO. 2:20-cv-00064 RSL<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS DANA BLACKHAM, MD AND OBSTETRIX MEDICAL GROUP OF WASHINGTON, INC., P.S.'S |

**STIPULATION**

Plaintiffs Aesha Rathod and Anand Rathod, individually, and Joshua Brothers as Guardian ad Litem for P.R. a minor ("Plaintiffs") and Defendants Dana Blackham, M.D. and

---

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANTS DANA BLACKHAM, MD AND
OBSTETRIX MEDICAL GROUP OF WASHINGTON,
INC., P.S.'S - 1

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094  •  f. 206-749-0194

Obstetrix Medical Group of Washington Inc., P.S. hereby stipulate that all of Plaintiffs' claims against these individual Defendants in the above-captioned matter shall be dismissed with prejudice and without costs to any party, and the Order of Dismissal can be entered without notice of presentation.

DATED this 15th day of October, 2021.

SO STIPULATED:

By: *(signature: Douglas T. Weinmaster)*
_____
Douglas T Weinmaster, WSBA #28225
PHILLIPS LAW FIRM
17410 133rd Avenue Northeast, Suite 301
Woodinville, WA 98072
Ph: 425.482.1111
Email: dweinmaster@justiceforyou.com

SO STIPULATED:

By: *(signature: Ketia Wick)*
_____
Ketia B. Wick, WSBA #27219
Jessica Beers, WSBA #56530
FAVROS LAW, PLLC
701 5th Ave., Suite 4750
Seattle, WA 98104
Ph: 206.749.0094
Email: ketia@favros.com
jessicab@favros.com

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS DANA BLACKHAM, MD AND OBSTETRIX MEDICAL GROUP OF WASHINGTON, INC., P.S.'S - 2

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 · f. 206-749-0194

**ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that all claims of Plaintiffs against Defendants Dana Blackham, M.D. and Obstetrix Medical Group of Washington, Inc., P.S. in the above-captioned matter are hereby dismissed with prejudice and without costs to any party.

DATED this __18th__ day of __October__, 2021.

_____
HONORABLE ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS DANA BLACKHAM, MD AND OBSTETRIX MEDICAL GROUP OF WASHINGTON, INC., P.S.'S - 3

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194