UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAND RATHOD, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENCE HEALTH & SERVICES, *et al.*, <br><br> Defendants. | Cause No. C20-0064RSL <br><br> ORDER GRANTING LEAVE TO AMEND JURISDICTIONAL ALLEGATIONS |

This matter comes before the Court on "The United States' Motion for Leave to Amend Jurisdictional Allegations." Dkt. # 107. Plaintiffs failed to file a timely response, offered no explanation for their tardiness, and made no effort to identify any factual issue that is relevant to the pending motion. Docket number 109 has not been considered.

The United States' motion is GRANTED. The United States may, within fourteen days of the date of this Order, amend its Notices of Substitution in both the above-captioned case and C20-0394RSL and amend its Notice of Removal in C20-0394RSL.[1]

---

[1] On May 29, 2020, the Court ordered the above-captioned matter consolidated with C20-0394RSL. Cause number C20-0394RSL was closed at the direction of the Court, and plaintiffs were ordered to file a consolidated amended complaint by June 19, 2020, so that all of their claims could be litigated together in C20-0064RSL. They failed to file a consolidated amended complaint. The result is that the only claims at issue in this litigation are those that were initially asserted in C20-0064RSL at Dkt. # 1. If plaintiffs hope to pursue any of the claims that were originally asserted in C20-0394RSL and

ORDER GRANTING LEAVE TO AMEND
JURISDICTIONAL ALLEGATIONS - 1

1    Dated this 23rd day of March, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

---

not included in the operative pleading in this case, they must now file a motion to amend the complaint under LCR 15, provide a copy of the proposed pleading, and show good cause for their failure to comply with the deadline for amending pleadings and the Court's consolidation order.

ORDER GRANTING LEAVE TO AMEND
JURISDICTIONAL ALLEGATIONS - 2